Dismissed and Memorandum Opinion filed April 8, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00062-CV

____________

 

WAREHOUSE ASSOCIATES, Appellant

 

V.

 

WINLAND INTERNATIONAL, INC., MIRANDA ZHOA, AND WEI LIU,
Appellees

 



 

On Appeal from the
165th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-59733

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed October 21, 2009.  On March 30, 2010, the
parties filed a joint motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

                                                            PER
CURIAM

 

Panel consists of Justices Yates, Seymore, and Brown.